UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER A. GARCIA, et al.,

   Plaintiffs,

v.   CASE NO:  8:08-MC-132-T-30EAJ

MATTHEW C. HAMPTON, et al.,

   Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Defendant Matthew C. Hampton's Notice of Voluntary Dismissal (Dkt. #3) of his Petition to Enforce Subpoena.  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This miscellaneous case is dismissed.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on October 21, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies to**:
Counsel/Parties of Record

S:\Even\2008\08-mc-132.dismissal 3.wpd